**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| _____ ) | |
| OLA MONTGOMERY,                ) | |
|                                ) | |
|         Plaintiff,             ) | |
|                                ) | |
| v.                             ) | Civil Action No. 04-1508 |
|                                ) | |
| MPR ASSOCIATES, INC.,          ) | |
|                                ) | |
|         Defendant.             ) | |
| _____ ) | |

<u>**ORDER**</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED and this case is DISMISSED.


                                        /s/
                            _____
                            CLAUDE M. HILTON
                            UNITED STATES DISTRICT JUDGE


Alexandria, Virginia
August 16___, 2005